IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PURNELL ELLIOTT WILLIAMS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:26-MC-340-RP |
| | § | |
| KAREN SAGE, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Dustin Howell concerning Plaintiff Purnell Elliott Williams's ("Plaintiff") complaint pursuant to 28 U.S.C. § 1915(e). (R. & R., Dkt. 5). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Howell issued his report and recommendation on April 27, 2026. (*Id.*). As of the date of this order, no party has filed objections to the report and recommendation. The Court notes that the order and report and recommendation was mailed to Plaintiff at the address on file. (Dkt. 6). The order and report and recommendation was returned as undeliverable. "An unrepresented party and any attorney representing a party must timely inform the court of any change in the party's or attorney's mailing address, e-mail address, signature, or telephone or fax number." W.D. Tex. Loc. R. CV-10(d); *see also* Pro Se Manual, https://www.txwd.uscourts.gov/filing-without-an-attorney/.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no

timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.”).

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 5), is **ADOPTED**. **IT IS FURTHER ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B). **IT IS FURTHER ORDERED** that Plaintiff's pending motions, (Dkts. 1, 3), are **DENIED AS MOOT**. **IT IS FINALLY ORDERED** that Plaintiff is warned that he may be subject to sanctions, including monetary sanctions or a pre-filing injunction barring him from filing future suits, if he continues to file frivolous claims and otherwise abuse his access to the judicial system.

The Court will enter final judgment by separate order.

**SIGNED** on June 4, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2